**Order filed January 23, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01026-CV
_____

### KHALED ALATTAR, Appellant

### V.

### MESIA HUTTNER HACHADORIAN, Appellee

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2012-54501**

## O R D E R

Appellant's brief was due January 13, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **February 24, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM